| AO 10 Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2013 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Conway, Anne C. | 2. Court or Organization Middle District of Florida | 3. Date of Report 12/15/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Active United States District | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2013 to 12/31/2013 |

**7. Chambers or Office Address**

Room 6750
401 W. Central Blvd
Orlando, FL 32801-0675

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, Board of Advisors | Center for Governmental Responsibility, University of Florida College of Law |
| 2. | Trustee | Law Center Council, University of Florida College of Law |
| 3. | Executor | Estate #1 |
| 4. | Trustee | Trust #1 |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1999 | Carlton Fields Profit Sharing Plan with former law firm - self directed |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of FL | 05/28/13 | Gainesville, FL | Speaker | Transportation |
| 2. | University of FL | 05/13/13 - 05/14/13 | Gainesville, FL | Speaker | Food, lodging, and transportation |
| 3. | The Florida Bar | 06/27/13 - 06/28/13 | Boca Raton, FL | Speaker | Food, lodging, and transportation |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conway, Anne C. | 12/15/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conway, Anne C. | 12/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Smokey Partnership, LLLP, Ltd Ptner | B | Interest | O | U | | | | | |
| 2. Duplex residence, rental property, Orlando, FL | D | Rent | M | R | | | | | See part VIII |
| 3. Carlton Fields Profit Sharing Plan Trust (H): | | | | | | | | | |
| 4. -Harbor Cap Appreciation Fund | C | Dividend | L | T | | | | | |
| 5. -MSIF Mid-Cap Growth/P | D | Dividend | M | T | | | | | |
| 6. - Vanguard Instl Index 500 | C | Dividend | M | T | | | | | |
| 7. Wells Fargo | A | Interest | K | T | | | | | |
| 8. MS active assets acct | A | Interest | | | Closed | 08/20/13 | K | | See part VIII |
| 9. Smokey Partnership, LLLP, Gen Ptr | A | Interest | K | U | | | | | |
| 10. Oppenheimer Quest Bal Val A mutual fund (1) | A | Dividend | | | Sold | 08/12/13 | J | A | |
| 11. Wells Fargo - acct | A | Interest | L | T | | | | | |
| 12. SEI Fixed Income Laddered Muni acct (H): | | | | | | | | | See part VIII |
| 13. - Virginia St, Gen'l Obligation Bond | A | Interest | K | T | | | | | See part VIII |
| 14. - Mobile Cnty, AL, Gen'l Obligation Refunding | A | Interest | K | T | | | | | See part VIII |
| 15. - Portland, OR, Revenue Bond | A | Interest | K | T | | | | | See part VIII |
| 16. - Linden, NJ, Gen'l Obligation Bond | A | Interest | K | T | | | | | See part VIII |
| 17. - Virginia St Public, Revenue Refunding | A | Interest | K | T | Buy | 06/18/13 | K | | See part VIII |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conway, Anne C. | 12/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Nebo UT, Revenue Bond | A | Interest | K | T | | | | | See part VIII |
| 19. - Monroe Cnty, PA, Gen'l Obligation Bond | A | Interest | K | T | | | | | See part VIII |
| 20. - Des Moines, IA, Gen'l Obligation Refunding | A | Interest | K | T | | | | | See part VIII |
| 21. - Dallas, TX, Revenue Bond | A | Interest | K | T | | | | | See part VIII |
| 22. - Colorado St, Revenue Bond | A | Interest | K | T | | | | | See part VIII |
| 23. - Westborough, MA, Gen'l Obligation Refunding | A | Interest | K | T | | | | | See part VIII |
| 24. - Cuyahoga Cnty, OH, Gen'l Obligation Bond | A | Interest | | | Redeemed | 12/01/13 | J | | See part VIII |
| 25. - Virginia Beach, Gen'l Obligation Bond | A | Interest | | | Redeemed | 12/01/13 | J | | See part VIII |
| 26. - Sedgwick Cnty, KS, Gen'l Obligation Bond | A | Interest | K | T | | | | | See part VIII |
| 27. - Prince George, MD, Gen'l Obligation Bond | A | Interest | K | T | | | | | See part VIII |
| 28. - Decatur, AL, Gen'l Obligation Bond | A | Interest | K | T | | | | | See part VIII |
| 29. - East Bay, CA, Gen'l Obligation Bond | A | Interest | | | Redeemed | 05/01/13 | J | | See part VIII |
| 30. - Mobile Cnty, AL, Gen'l Obligation Bond | A | Interest | J | T | | | | | See part VIII |
| 31. - Shelton, CT, Gen'l Obligation Bond | A | Interest | J | T | | | | | See part VIII |
| 32. - SEI Tax free money market fund (X) | A | Interest | K | T | | | | | See part VIII |
| 33. Fidelity Brokerage acct (H): | | | | | | | | | |
| 34. - Berkshire Hathaway B | | None | L | T | | | | | See part VIII |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conway, Anne C. | 12/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Ishares Core Total US Bond Market | B | Dividend | M | T | | | | | |
| 36. - US Treas Sec Stripped 2021 | B | Interest | K | T | | | | | |
| 37. - US Treas Sec Stripped 2022 | B | Interest | K | T | | | | | |
| 38. - US Treas Sec Stripped 2023 | B | Interest | K | T | | | | | |
| 39. - Fidelity US Treas MMA | A | Dividend | L | T | | | | | |
| 40. - DFA US Core Equity | C | Dividend | M | T | Buy (add'l) | 02/28/13 | L | | |
| 41. - Harbor Int'l Institutional Fd | A | Dividend | K | T | | | | | |
| 42. - Loomis Sayles Bond Fund | D | Dividend | N | T | | | | | |
| 43. - Oppenheimer Dev Mkts | A | Dividend | K | T | | | | | |
| 44. - Pimco Commodity | A | Dividend | | | Sold | 06/11/13 | K | A | |
| 45. - Pimco Emerging Local | D | Dividend | M | T | | | | | |
| 46. - Vanguard Intermed Term | C | Dividend | M | T | | | | | |
| 47. - Ally Bk Midvale UT CD | A | Interest | M | T | | | | | |
| 48. - Ally Bk Midvale UT CD | A | Interest | L | T | | | | | |
| 49. - Beal Bk USA Las Vegas, NV CD (#1) | A | Interest | | | Redeemed | 01/30/13 | M | | |
| 50. - Beal Bk USA Las Vegas, NV CD (#2) | A | Interest | | | Buy | 01/09/13 | M | | |
| 51. - Beal Bk USA Las Vegas, NV CD (#2) | | | | | Redeemed | 06/12/13 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conway, Anne C. | 12/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Discover Bk Greenwood DEL Fixed Coupon | A | Interest | M | T | | | | | |
| 53. - Discover Bk Greenwood DEL Fixed Coupon | A | Interest | L | T | | | | | |
| 54. - Fidelity Cash (X) | A | Interest | M | T | | | | | See Part VIII |
| 55. Estate #1 | A | Int./Div. | | | | | | | See Part VIII |
| 56. - Merrill Lynch CMA fund | | | | | Distributed | 06/04/13 | M | | Transferred to Trust #1 |
| 57. Trust #1 | F | Int./Div. | P2 | W | | | | | |
| 58. - Wells Fargo, common stock | | | | | | | | | |
| 59. - Hubbel, Inc. Class B common stock | | | | | | | | | |
| 60. - VF Corporation common stock | | | | | | | | | |
| 61. - Laurel Homes, Inc common stock | | | | | | | | | |
| 62. - Arbor Properties, Inc common stock | | | | | | | | | |
| 63. - Laurel Agency, Inc. common stock | | | | | | | | | |
| 64. - Laurel Builders, Inc. common stock | | | | | | | | | |
| 65. - Schrimsher Exploration, Ltd - Ltd Partner | | | | | | | | | |
| 66. - Duplex rental property Orlando, FL | | | | | | | | | |
| 67. - Smokey Partnership, LLLP,Ltd Ptr | | | | | | | | | |
| 68. - Fidelity Brokerage: | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conway, Anne C. | 12/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --Ishares TR Russell 1000 Growth Index Fund | | | | | | | | | |
| 70. --DFA 1 year Fixed Income | | | | | | | | | |
| 71. -- DFA Int'l Small Co. Port | | | | | | | | | |
| 72. --DFA Inv't 2 year Global Fixed | | | | | | | | | |
| 73. --DFA Emerging Markets | | | | | | | | | |
| 74. --DFA Large Cap Int'l | | | | | | | | | |
| 75. --Vanguard Explorer | | | | | | | | | |
| 76. --Vanguard Short Term Treasury | | | | | | | | | |
| 77. --Vanguard Inflation Protected | | | | | | | | | |
| 78. --Vanguard Value Index | | | | | | | | | |
| 79. --Vanguard Small Cap | | | | | | | | | |
| 80. --Fidelity Tax-Free MMA | | | | | | | | | |
| 81. --Power Secure Stock | | | | | Open | 03/13/13 | J | | See Part VIII |
| 82. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII item 2 - Duplex property in Orange County, FL costing $78,891, acquired 4/1/82

Part VII item 8 - The Morgan Stanley account was closed and transferred into the Fidelity Brokerage account (item 33)

Part VII items 12 through 32 - The SEI Fixed Income Laddered Muni account is a professionally managed muni bond account, wherein the Manager selects the bonds that are purchased and sold. In the prior year it was treated as all one fund.

Part VII item 32 - The SEI tax free money market account is a result of a buildup of the muni interest earnings throughout the year.

Part VII item 34 - The Berkshire Hathaway stock was transferred into the Fidelity Brokerage account on 8/20/13. In 2012, it was item # 11 under part VII

Part VII item 54 - The Fidelity Cash account is a result of a buildup of interest and dividends throughout the year from the other investments held in the Fidelity account.

Part VII item 55 - The Estate closed out on 06/04/13

Part VII item 81 - Asset discovered during Estate closeout, re-titled directly into Trust from Decedent's name

| Name of Person Reporting | Date of Report |
|---|---|
| Conway, Anne C. | 12/15/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Anne C. Conway**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544